## SPALDING v. DUNLAP.

If auditors have exceeded their commission or made a mistake upon their own principles — they may be inquired of.

RETURN of auditors in an action of account; to which a remonstrance was made.

Ruled by the court — That if it is alleged that the auditors have exceeded their commission, or made a mistake upon their own principles, they may be inquired of. See State v. Worthington, Hartford, September Term, 1789.